cal   kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER, | ) Civil No.06cv2399 WQH (AJB) |
| Plaintiff, | ) ORDER SETTING CASE |
| v. | ) MANAGEMENT CONFERENCE AND |
| | ) DENYING DEFENDANT ALBERTSON'S |
| MIRA MESA MARKETPLACE WEST, | ) EX PARTE MOTION REQUESTING |
| LLC, et al, | ) TELEPHONIC APPEARANCE OF |
| | ) CLIENT REPRESENTATIVE AT EARLY |
| Defendants. | ) NEUTRAL EVALUATION |
| | ) CONFERENCE AS MOOT |

   IT IS HEREBY ORDERED that, pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, a Case Management Conference shall be held on *February 28, 2007* at *9:00 a.m.*, in the chambers of the *Honorable Anthony J. Battaglia*, United States Magistrate Judge, First Floor, United States Courthouse, 940 Front Street, San Diego, California.  The purpose of the conference is to set a timetable and schedule for future proceedings and discovery and to explore possibilities for early settlement.

   Each responsible attorney of record and all parties representing themselves shall participate in the conference.  Represented parties need not participate.  Counsel for plaintiff shall notify all parties of this conference who have made an appearance after the date of this Order.

   In addition, as there is not Early Neutral Evaluation Conference currently scheduled before Magistrate Judge Battaglia in this matter and as client representatives are not required to appear at Case Management Conferences, IT IS HEREBY ORDERED that Defendant New Albertsons, Inc. dba Albertsons

1  Savon #6770 Ex Parte Application to have their client representative appear telephonically at the Early
2  Neutral Evaluation Conference is DENIED as moot.
3  IT IS SO ORDERED.

5  DATED: January 4, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court