1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| CHRIS KOHLER, | CASE NO. 06CV2399 WQH (POR) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT COLD STONE CREAMERY** |
| vs. | |
| MIRA MESA MARKETPLACE WEST, LLC, et al., | (D.E. # 27) |
| Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

HAYES, J:

On December 8, 2006, Plaintiffs and Defendant Cold Stone Creamery filed a Joint Motion for Dismissal, seeking to dismiss Defendant Cold Stone Creamery from the above-styled action with prejudice. Having considered the Joint Motion, and having received no objection from any party, the Court hereby GRANTS the Joint Motion for Dismissal. Defendant Cold Stone Creamery is dismissed with prejudice. This action continues with respect to Plaintiffs' Complaint against the remaining Defendants.

**IT IS SO ORDERED.**

DATED: January 18, 2007

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge

06cv2399 WQH (POR)