# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER, | CASE NO. 06cv2399 WQH (AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| MIRA MESA MARKETPLACE WEST, LLC, et al., | |
| Defendants. | |

HAYES, Judge:

The joint motion of the parties do dismiss Defendant SWH Corporation dba Mimi's Café #0050 (Doc. # 84) is **GRANTED.**

DATED:  October 30, 2007

_William Q. Hayes_
**WILLIAM Q. HAYES**
United States District Judge